FILE COPY

# BILL OF COSTS

## TEXAS COURT OF APPEALS, SEVENTH DISTRICT, AT AMARILLO

No. 07-15-00309-CV

### In the Matter of the Marriage of Tami Lynn Buck and Benjamen Andrew Buck and In the Interest of A.H.B. and A.P.B., Children

(No. 4882H IN 69TH DISTRICT COURT OF HARTLEY COUNTY)

| Type of Fee | Charges | Paid | By |
|---|---|---|---|
| Motion fee | $10.00 | E-PAID | Timothy D Salley |
| Statewide efiling fee | $20.00 | DISM - NOT PAID | ☐ |
| Supreme Court chapter 51 fee | $50.00 | DISM - NOT PAID | ☐ |
| Filing | $100.00 | DISM - NOT PAID | ☐ |
| Indigent | $25.00 | DISM - NOT PAID | ☐ |
| | | DISM - NOT PAID | |

| |
|---|
| **Balance of costs owing to the Seventh Court of Appeals, Amarillo, Texas: $195.00** |
| |
| *Court costs in this cause shall be paid as per the Judgment issued by this Court.* |

I, **VIVIAN LONG, CLERK** OF THE SEVENTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE SEVENTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.



**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Seventh District of Texas on December 4, 2015.

*Vivian Long*

**VIVIAN LONG, CLERK**